E-filing

FILED
08 MAR 17 PM 3:23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMMETT YOUNG JUNIOR

     Plaintiff,

vs.

R. SUBIA, WARDEN  Defendant.

CASE NO. CV 08 1481 CW

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR)

I, __EMMETT YOUNG Jr.__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____   - 1 -

2004 Supp. App. 14-B, p.33

1
2       and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3 _____
4 _____
5  5.    Do you own or are you buying a home?         Yes ___ No _X_
6 Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.    Do you own an automobile?                    Yes ___ No _X_
8 Make _____ Year _____ Model _____
9 Is it financed? Yes ___ No _X_ If so, Total due: $_____
10 Monthly Payment: $_____
11  7.   Do you have a bank account?  Yes ___ No _X_ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $_____
15 Do you own any cash? Yes ___ No _X_ Amount: $_____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes ___ No _X_
18 _____
19  8.   What are your monthly expenses?
20 Rent: $_____ Utilities: _____
21 Food: $_____ Clothing: _____
22 Charge Accounts:
23 Name of Account         Monthly Payment            Total Owed on This Acct.
24 _____          $ _____            $ _____
25 _____          $ _____            $ _____
26 _____          $ _____            $ _____
27  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____         - 3 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)

3  _____
4  _____
5  _____

6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8      a.    Business, Profession or         Yes ___ No _X_
9             self employment

10     b.    Income from stocks, bonds,      Yes ___ No _X_
11            or royalties?

12     c.    Rent payments?                Yes ___ No _X_

13     d.    Pensions, annuities, or         Yes ___ No _X_
14            life insurance payments?

15     e.    Federal or State welfare payments,  Yes ___ No _X_
16            Social Security or other govern-
17            ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.

20  _____
21  _____

22  3.  Are you married?                      Yes ___ No _X_
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.  a.  List amount you contribute to your spouse's support : $ _____
28      b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____      - 2 -

1  _____

2  _____

3  10.   Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?                                              Yes ___ No ✗ .

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  _____

8  _____

9     I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11     I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  3-10-08                              *Emmett Young* (signature)

15     DATE                              SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____            - 4 -

FILED

U.S. District Court

08 MAR 17 PM 2: 22

For the Northern District of California

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Emmit Young

Petitioner

v

R.J. Subia, Warden

Respondent

Case No.: CV 08 1481 CW (PR)

Certificate Of Funds

In

Prisoner's Account

Petitioner seeks leave to proceed in forma paupers without filing proper prior proof of indigence, in order to meet time constraints. Awaiting a current copy of petitioner's Inmate Trust Account proving lack of any funds available would deny him access to the courts.

Petitioner submitted a request for a certified copy of his Inmate Trust Account balance on March 12, 2008, to Correctional Counselor Ms Sanchez. This document once completed by Correctional Counselor Sanchez, will be forwarded to the clerk of the court.

Page 2 of 2

I, Emmit Young, Petitioner in the above titled matter do swear, that I have no funds in my Inmate Trust Account and further, have not had any funds available to me in the past six (6) months.

I, Emmit Young, Petitioner herein swear for the record that all statements made herein are true and correct to the best of my knowledge at the time of this declaration.

Date: 3-12-08

Emmit Young  F-14820

Mule Creek State Prison

P.O. Box 409060

Ione, California 95640-9060