E-filing

FILED 08 MAR 28 PM 12:59 U.S. DISTRICT COURT CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Emmett Young (F-14820)
Plaintiff,

vs.

R. Subia, Warden
Mule Creek State Prison Defendant.

CV 08 1481 CASE NO. CW

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR)

I, Emmett Young, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: None Net: None

Employer: ______________________

______________________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

I am a State Prisoner, I was last employed in 2005 for "Starving Students Moving Company" at $12.50 an hour full time making approx. $500.00 a week

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes ___ No X

c. Rent payments? — Yes ___ No X

d. Pensions, annuities, or life insurance payments? — Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

None

3. Are you married? — Yes ___ No X

Spouse's Full Name: N/A

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income:

Gross $ None Net $ None

4. a. List amount you contribute to your spouse's support:$ ___

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

None ______________________________

______________________________

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No X

Make ____________ Year ____________ Model ____________

Is it financed? Yes ____ No X If so, Total due: $____________

Monthly Payment: $____________

7. Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________

______________________________

Present balance(s): $____________

Do you own any cash? Yes ____ No X Amount: $____________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No X

______________________________

8. What are your monthly expenses? None

Rent: $____________ Utilities: ____________

Food: $____________ Clothing: ____________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ____________ | $ ____________ | $ ____________ |
| ____________ | $ ____________ | $ ____________ |
| ____________ | $ ____________ | $ ____________ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

I owe Restitution and Fine's in my current case

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

None

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/23/08
DATE

Emmett Young
SIGNATURE OF APPLICANT

Case Number: CV 08-1481

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of EMMETT YOUNG JR. [prisoner name] for the last six months MCSP [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ -0- and the average balance in the prisoner's account each month for the most recent 6-month period was $ -0-.

Dated: 3/24/08

[signature] CCI
[Authorized officer of the institution]

REPORT ID: T53030 .701

REPORT DATE: 03/11/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
MULE CREEK STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCOUNT NUMBER : F14820
ACCOUNT NAME : YOUNG, EMMETT JR
PRIVILEGE GROUP: A

BED/CELL NUMBER: C 1400000000105U
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] 3/11/08
TRUST OFFICE

Emmett Young 14 105
F14 820
PO Box 409000
Ione, Ca. 95646-9000

**BUSINESS REPLY MAIL**

**FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC**

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

